UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>JUDITH POMPEI-SMITH,<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. _____<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Webster Bank, National Association, through its attorneys, who respectfully declares to this Honorable Court that it is a one hundred percent (100%) wholly-owned subsidiary of Webster Financial Corporation. Further, there are no shareholders owning more than ten percent (10%) of Webster Financial Corporation.

Respectfully submitted,
WEBSTER BANK, NATIONAL ASSOCIATION,
By its attorneys,


*/s/ Brian J. Hughes*

Brian J. Hughes, R.I. Bar No. 10259
Brennan, Recupero, Cascione, Scungio & McAllister LLP
362 Broadway
Providence, RI 02909
(401) 453-2300
(401) 453-2345 (fax)
bhughes@brcsm.com


Dated: May 13, 2022