

# STATE OF RHODE ISLAND

☐ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT ☐ WORKERS' COMPENSATION COURT

☐ Providence/Bristol County or Sixth Division ☐ Washington County or Fourth Division
☐ Kent County or Third Division ☐ Newport County or Second Division

| **Plaintiff/Petitioner** | **Civil Action File Number** |
|---|---|
| **Defendant/Respondent** | |

## MOTION TO PROTECT NON-PUBLIC INFORMATION IN A CASE FILED PRIOR TO ELECTRONIC FILING

Now comes _____ ☐ the Plaintiff/Petitioner ☐ the Defendant/Respondent and moves the court to protect the following non-public documents and/or information in the above-entitled case as permitted in Rule 4(d) of the Rhode Island Judiciary Rules of Practice Governing Public Access to Electronic Case Information.

☐ Non-public Documents

☐ The Plaintiff/Petitioner ☐ the Defendant/Respondent requests that the following documents filed in the case be designated as confidential in their entirety:

| **Document Name or Type** | **Date Document Filed** | **Reason for Non-public Designation** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CC-15 (revised June 2020)



# STATE OF RHODE ISLAND

☐ Non-public Information

☐ The Plaintiff/Petitioner ☐ the Defendant/Respondent requests that the following documents filed in the case be designated as confidential and the attached redacted document be filed in the case as a public document:

| Document Name or Type | Date Document Filed | Attachment Number |
|---|---|---|
| | | 1 |
| | | 2 |
| | | 3 |
| | | 4 |

| | Rhode Island Bar Number: |
|---|---|
| /s/ _____<br>Attorney for the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent or<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent | Date: |
| Telephone Number: | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the _____ day of _____, 20____:

☐ I filed and served this document through the electronic filing system on the following: _____
_____.
The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I served this document through the electronic filing system on the following: _____
_____.
The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the following interested parties:

| | Name | Address |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

/s/ _____
Name

CC-15 (revised June 2020)