UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION, <br>     Plaintiff, <br><br> v. <br><br> JUDITH POMPEI-SMITH, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. 1:22-cv-00194-JJM-PAS <br> ) <br> ) <br> ) <br> ) |

## MOTION TO STRIKE DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, Webster Bank, National Association ("Webster") through its attorneys, who respectfully requests that this Honorable Court strike the defendant's response to Webster's *Motion for Summary Judgment*. [Doc. 20] For reasons therefore, Webster states that although the defendant asserts that she has filed responses to Webster's *Statement of Undisputed Facts* [Doc. 19] and discusses certain exhibits at length, neither the responses to the statement of facts nor the exhibits were actually filed. Webster, therefore, cannot properly reply to the defendant's opposition.

Respectfully submitted,
WEBSTER BANK, NATIONAL ASSOCIATION,
By its attorneys,


/s/ Brian J. Hughes
_____

Brian J. Hughes, R.I. Bar No. 10259
Brennan, Recupero, Cascione, Scungio & McAllister LLP
362 Broadway
Providence, RI 02909
(401) 453-2300
(401) 453-2345 (fax)
bhughes@brcsm.com


Dated: July 3, 2023

## CERTIFICATE OF SERVICE

I, Brian J. Hughes, hereby certify that on July 3, 2023, I served a copy of the above document by causing the same to be electronically mailed through the ECM/CF system. I also served the defendant via electronic mail at judip5163333@gmail.com.


/s/    Brian J. Hughes
_____
Brian J. Hughes