# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>JUDITH POMPEI-SMITH,<br>    Defendant. | C.A. 1:22-cv-00194-JJM-PAS |

## STATUS REPORT OF WEBSTER BANK, NATIONAL ASSOCIATION AND REQUEST FOR FURTHER STAY

NOW COMES the plaintiff, Webster Bank, National Association ("Webster") through its attorneys, who respectfully submits to this Honorable Court its status report, per the Court's Order of February 6, 2024.

Webster reports that, to the best of its knowledge, non-party Citizens Bank is scheduled to foreclose on the defendant's residence on March 8, 2024. That residence is the property that is the subject of this suit. As Citizens Bank holds a mortgage junior in priority to Webster, it is likely that Webster's mortgage will be satisfied in full from the proceeds of the foreclosure and that all issues before this Court will be rendered moot. Therefore, Webster does not intend to take any further action to prosecute its claims in this Court until after the foreclosure sale has occurred. Webster requests an additional sixty (60) day administrative stay in order to allow Citizens Bank to complete its foreclosure sale.

Webster has not had any recent contact with the defendant, despite soliciting the same.

1

Respectfully submitted,
WEBSTER BANK, NATIONAL ASSOCIATION,
By its attorneys,


/s/ Brian J. Hughes
_____
Brian J. Hughes, R.I. Bar No. 10259
Brennan, Recupero, Cascione, Scungio & McAllister LLP
362 Broadway
Providence, RI 02909
(401) 453-2300
(401) 453-2345 (fax)
bhughes@brcsm.com


Dated: February 6, 2024

CERTIFICATE OF SERVICE

    I, Brian J. Hughes, hereby certify that on February 6, 2024, I served a copy of the above document by causing the same to be electronically mailed through the ECM/CF system. I also served the defendant via electronic mail at judip5163333@gmail.com.


/s/    Brian J. Hughes
_____
Brian J. Hughes