UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Webster Bank, National Association | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.:  1:22-cv-00194-JJM |
| | ) | |
| Judith A. Pompei-Smith, | ) | |
| Defendant | ) | |
| | ) | |

## MOTION TO INTERVENE BY CITIZENS BANK, N.A.

Now  comes the  Plaintiff, Citizens Bank NA ("Citizens Bank") and hereby  moves to intervene in the above captioned action in accordance with Rule 24 of the Federal Rules of Civil Procedure.  In support thereof Citizens Bank has a common intereste with Plaintiff in the Declaration requested in the civil action pending before this Court.  Citizens Bank is a mortgagee of a mortgage subordinate to the Plaintiff's mortgage.  The outcome this action directly affects Citizens Bank's ability to exercise the statutory power of sale contained within its mortgage.   As such, pursuant to Rule 24(a)(2), Citizens Bank is entitled to intervention of right.

Plaintiff
By its attorney

/s/ *Michael R. Hagopian*

Dated: March 13, 2024

Michael R. Hagopian, Esq (3448)
Brock & Scott, PLLC
23 Messenger St – 2nd Floor
Plainville, MA 02762
(401) 217-8774
michael.hagopian@brockandscott.com

CERTIFICATE OF SERVICE

I hereby certify that, on the __13__ day of __March___, 2024 I filed and served this document through the electronic filing system.  The document electronically served is available for viewing and/or downloading from ECF Electronic Filing System.  I mailed a copy to the following by regular mail, postage prepaid:

- Judith A. Pompei, 370 Larchwood Drive, Warwick, RI 02886
- Brian J. Hughes, Brennan, Recupero, Cascione, Scungio & McAllister LLP, 362 Broadway, Providence, RI 02909

/s/ *Michael R. Hagopian*

_____

Michael R. Hagopian