UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>JUDITH POMPEI-SMITH,<br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. 1:22-cv-00194-JJM-PAS<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF NO OPPOSITITION TO CITIZENS BANK'S MOTION TO INTERVENE

NOW COMES the plaintiff, Webster Bank, National Association ("Webster") through its attorneys, who respectfully notifies this Honorable Court that it does not oppose the Motion to Intervene [Doc. 35] filed by Citizens Bank, N.A. provided that no further delays in this action are incurred related thereto.

1

Respectfully submitted,
WEBSTER BANK, NATIONAL ASSOCIATION,
By its attorneys,


*/s/  Brian J. Hughes*
_____
Brian J. Hughes, R.I. Bar No. 10259
Brennan, Recupero, Cascione, Scungio & McAllister LLP
362 Broadway
Providence, RI 02909
(401) 453-2300
(401) 453-2345 (fax)
bhughes@brcsm.com


Dated:  March 27, 2024

## CERTIFICATE OF SERVICE

I, Brian J. Hughes, hereby certify that on March 27, 2024, I served a copy of the above document by causing the same to be electronically mailed through the ECM/CF system.


*/s/     Brian J. Hughes*
_____
Brian J. Hughes